IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**JOSEPH FITZGERALD BENDER,**
    **Plaintiff,**

vs.                                      CASE NO.: 3:06cv252/MCR/MD

**GEORGE TOUART, et al.,**
    **Defendants.**
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 7, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    The plaintiff's Fourth, Fifth and Sixth Amendment claims arising from his alleged unlawful stop, search, prosecution and conviction are DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(i).

    3.    The plaintiff's Fourteenth Amendment claim based on violation of his equal protection rights is DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 13th day of February, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**